Jeffrey Willis, Esq.
Nevada Bar No. 4797
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       alayton@swlaw.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11;<br><br>Plaintiff,<br><br>vs.<br><br>LEE FAMILY PROPERTIES, LLC; LP HOMEOWNERS ASSOCIATION AKA LAS PALMERAS HOMEOWNERS ASSOCIATION; and ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No. 2:17-cv-01513-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSES TO LEE FAMILY PROPERTIES' MOTION TO STAY AND DEUTSCHE BANK'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FFii ("Deutsche Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Lee Family Properties, LLC, ("Lee"), through its attorneys, the law firm of Lee, Hernandez, Landrum & Garofalo, hereby stipulate and agree to extend the time for Deutsche Bank to respond to Lee's Motion to Stay Claim [ECF Doc. 31] ("Motion") and to extend the time for Defendant Lee Family Properties, LLC to respond to Deutsch Bank's Motion for Partial Summary Judgment [ECF Doc 28]. The Motion to Stay Claim was filed November 22, 2017, and the current deadline for responses to the Motion to Stay Claim is December 6, 2017. The Motion

for Partial Summary Judgment was filed November 21, 2017, and the current deadline for responses is December 12, 2017. This is the first request for an extension of time to respond to the Motions, and the Parties have agreed that the new deadline for Deutsche Bank to respond to the Motion to Stay Claim should be December 13, 2017 and the new deadline for Lee Family Properties to respond to the Motion for Partial Summary Judgment is December 19, 2017.

IT IS STIPULATED AND AGREED that:

1. Lee Family Properties shall have up to and including December 9, 2017 to respond to Deutsche Bank's Motion for Partial Summary Judgment.

2. Deutsche Bank shall have up to and including December 13, 2017 to respond to Lee Family Properties' Motion to Stay.

DATED this 5th day of December, 2017.

SNELL & WILMER L.L.P.

By: */s/ Alexandria Layton*
    Jeffrey Willis, Esq. (NV Bar No. 4797)
    Alexandria L. Layton (NV Bar No. 14228)
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11*

4818-9427-1064

DATED this 5th day of December, 2017.

LEE, HERNANDEZ, LANDRUM & GAROFALO

By: */s/ Elizabeth Spaur*
    David S. Lee, Esq. (NV Bar No. 6033)
    Elizabeth C. Spaur, Esq. (NV Bar No. 10446)
    7575 Vegas Drive, Suite. 150
    Las Vegas, NV 89128
    Telephone: (702) 880-9750
    Facsimile: (702) 314-1210

*Attorneys for Lee Family Properties, LLC*

IT IS SO ORDERED.

Dated: December 4, 2017

_____
U.S. District Judge

- 2 -