# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,

        Plaintiffs,

vs.

LEE FAMILY PROPERTIES, LLC, *et al.*,

        Defendants.

2:17-cv-01513-MMD-VCF

**ORDER EXTENDING BRIEFING ON MOTION TO STAY (ECF NO. 13) ONLY**

    Before the Court is the Stipulation and Order to Extend Time for Responses to Lee Family Properties' Motion to Stay and Deutsche Bank's Motion for Partial Summary Judgment (ECF No. 33). This order will only address the extension on the motion to stay.

    Accordingly,

    IT IS HEREBY ORDERED that the Deutsche Bank has up to and including December 13, 2017 to respond to the Lee's Family Properties' Motion to Stay (ECF No. 31). The reply in support of the motion to stay is due by December 20, 2017.

    DATED this 6th day of December, 2017.

                                                               CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE