Jeffrey Willis, Esq.
Nevada Bar No. 4797
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       alayton@swlaw.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11;<br><br>Plaintiff,<br><br>vs.<br><br>LEE FAMILY PROPERTIES, LLC; LP HOMEOWNERS ASSOCIATION AKA LAS PALMERAS HOMEOWNERS ASSOCIATION; and ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No. 2:17-cv-01513-MMD-VCF<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSES TO LEE FAMILY PROPERTIES' MOTION TO STAY AND DEUTSCHE BANK'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11 ("Deutsche Bank"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendant Lee Family Properties, LLC, ("Lee"), through its attorneys, the law firm of Lee, Hernandez, Landrum & Garofalo, hereby stipulate to amend the Order Granting Extension of Time for Lee Family Properties to Respond to Deutsche Bank's Motion for Partial Summary Judgment ("Stipulation and Order") [ECF No. 33] in order to correct an error in deadlines. The Motion for Partial Summary Judgment [ECF No. 28] was filed November 21, 2017, and the current deadline for responses is December 12, 2017. This is the first request for an extension of

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

time to respond to the Motion, and the Parties have agreed that the new deadline for Lee Family Properties to respond to the Motion for Partial Summary Judgment is December 19, 2017. In the Parties' initial order, this date was erroneously listed as December 9, 2017.

IT IS STIPULATED AND AGREED that:

1. Lee Family Properties shall have up to and including December 19, 2017 to respond to Deutsche Bank's Motion for Partial Summary Judgment.

DATED this 6th day of December, 2017.

SNELL & WILMER L.L.P.

By: */s/ Alexandria Layton*
Jeffrey Willis, Esq. (NV Bar No. 4797)
Alexandria L. Layton (NV Bar No. 14228)
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11*

4836-7057-8776

DATED this 6th day of December, 2017.

LEE, HERNANDEZ, LANDRUM & GAROFALO

By: */s/ Elizabeth Spaur*
David S. Lee, Esq. (NV Bar No. 6033)
Elizabeth C. Spaur, Esq. (NV Bar No. 10446)
7575 Vegas Drive, Suite. 150
Las Vegas, NV 89128
Telephone: (702) 880-9750
Facsimile: (702) 314-1210

*Attorneys for Lee Family Properties, LLC*

IT IS SO ORDERED.

Dated: December 11, 2017

_____
U.S. District Judge

- 2 -