# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

DEUTSCHE BANK NATIOANL TRUST
COMPANY, *et al.*,

           Plaintiffs,

vs.

LEE FAMILY PROPERTIES, LLC, *et al.*,

           Defendants.

2:17-cv-01513-MMD-VCF
**ORDER**

On December 18, 2017, the Court stayed discovery pending a decision on the motion for partial summary judgment. (ECF No. 40). A status hearing was scheduled for June 18, 2018 to discuss discovery deadlines. On December 22, 2017, Judge Du stayed this matter until resolution of the certified question in Nev. S. Ct. Case No. 72931 and the stay will be lifted upon such resolution. (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, June 18, 2018, is VACATED.

DATED this 15th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE